**Thomas Cameron WHITEMAN, Ph.D.,
Economist, Plaintiff–Appellant,**

v.

**Roger M. PHILLIPS, M.D., Acting
Director; Superintendent Cherry,
Defendants–Appellees.**

**No. 02–7094.**

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 20, 2002.

Decided Jan. 10, 2003.

Thomas Cameron Whiteman, Appellant Pro Se. Edward Joseph McNelis, III, Coreen Antoinette Bromfield, Rawls & McNelis, P.C., Richmond, Virginia; Samu-

el Lawrence Dumville, Virginia Beach, Virginia, for Appellees.

Before WILKINS, MICHAEL, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Thomas C. Whiteman seeks to appeal from the district court's order granting summary judgment and dismissing all claims against Defendant Roy Cherry. A court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). Because the order Whiteman seeks to appeal did not resolve all of the claims against all of the parties, it is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*